**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Northern Division)**

CARMEN HERNANDEZ ORELLANA

     Plaintiff,

v.

BACKSTAGE, LLC et al.

     Defendants.

Case No. 1:24-cv-03295-CJC

## ORDER

Upon consideration of Plaintiff's Motion to Compel Discovery Responses, it is, this 2nd day of May, 2025, hereby:

ORDERED, that the Motion is GRANTED; and

ORDERED, that each Defendant shall fully respond to Plaintiff's written discovery requests by Friday, May 16, 2025.

**SO ORDERED.**

_____
Magistrate Judge Chelsea J. Crawford

Copies to: All parties